UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br>vs.<br><br>LYLE DEAN MISUN TIBBITS,<br><br>      Defendant. | 5:23-CR-50196-KES<br><br>ORDER ADOPTING REPORT & RECOMMENDATION AND ORDER SCHEDULING SENTENCING |

On June 10, 2024, defendant, Lyle Dean Misun Tibbits, appeared before Magistrate Judge Daneta Wollmann for a change of plea hearing. Magistrate Judge Wollmann issued a report recommending the court accept defendant's plea of guilty to Cout 1 of the Indictment. Count 1 of the Indictment charges Tibbits with Bank Fraud, in violation of 18 U.S.C. § 1344(2). Both parties waived any objection to the report and recommendation.

After a de novo review of the record, it is

ORDERED that the report and recommendation (Docket 33) is adopted. The defendant is adjudged guilty of Bank Fraud, in violation of 18 U.S.C. § 1344(2). It is

FURTHER ORDERED that the sentencing hearing in this matter will be on August 30, 2024, at 1:00 p.m. in Rapid City, Courtroom 2.

Dated June 11, 2024.

BY THE COURT:

*/s/ Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE